RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

PETER MAYES, Personal Representative
of the Estate of Joseph Mayes,

     Plaintiff,

-vs-

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

     Defendant.

_____/

Case No:

# 03-12410 RWZ

MAGISTRATE JUDGE _Alexander_

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
GARY WM. BAUN (P28758)
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI  48009
(248)  258-6262

_____/

## **COMPLAINT**

     NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN

COHEN KUEBLER, complaining against Defendant as follows:

     1.    Jurisdiction and venue lie in this action, Defendant conducting business

within this forum's boundaries.

     2.    Plaintiff is the duly appointed personal representative of the Estate of

Joseph Mayes.

3.    Jurisdiction is founded under the Jones Act (46 USC 688) for negligence, and under the General Admiralty and Maritime Law for unseaworthiness, maintenance, cure, and wages, and the captain's duty to insure the well-being of the crew.

4.    At all times material to issues herein Plaintiff's decedent was employed by Defendant as a crewmember aboard its vessels, including the R/V KNORR, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's decedent's employment in the service of his ship.

5.    On or about December 8, 2000, while decedent was acting within the scope and course of his employment he suffered a closed head injury. Thereafter, Defendant's captain failed in his duty to insure the well-being of his crew and require that decedent undergo medical examination and duty status clearance as fit for duty before setting sail. After setting sail, decedent's medical condition deteriorated severely because Defendant independently, and through its employees and agents including but not limited to M.A.S. and related health care providers failed to exercise reasonable care in the evaluation and treatment of decedent resulting in his untimely and agonizing demise on January 5, 2001 through acts and/or omissions constituting negligence and unseaworthiness as follows:

(a)    Failure to provide adequate means and methods of medical evaluation of crewmembers duty status prior to sailing;

2

(b)     Failure to provide adequate and competent medical officers, personnel, agents, consulting and advising agents including M.A.S. and related health care providers;

(c)     Failure to provide adequate, sufficient and competent medical treatment, evaluation, evacuation plans and evacuation of decedent;

(d)     Failure to provide a safe place to work.

6.     Defendant's tortious acts aforesaid caused or contributed to Plaintiff's decedent's pain and suffering prior to death.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN COHEN KUEBLER

DENNIS M. O'BRYAN (P30545)

GARY WM. BAUN (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

Dated:     November 19, 2003

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

PETER MAYES, Personal Representative
of the Estate of Joseph Mayes,

       Plaintiff,

-vs-                        Case No:

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

       Defendant.

_____/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
GARY WM. BAUN (P28758)
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI  48009
(248)  258-6262

_____/

## DEMAND FOR TRIAL BY JURY

       NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN

COHEN KUEBLER, and hereby demands trial by jury in the above-referenced cause of

action.

4

O'BRYAN BAUN COHEN KUEBLER

DENNIS M. O'BRYAN (P30545)

GARY WM. BAUN (P28758)
Attorneys for Plaintiff
40 S. Old Woodward, Suite 320
Birmingham, MI  48009
(248) 258-6262

Dated:  November 19, 2003