UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

PETER MAYES, Personal Representative
of the Estate of Joseph Mayes,

    Plaintiff,

-vs-                            Case No:

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

    Defendant.
_____/

## APPEARANCE

Please enter the Appearance of Paul Muniz and Richard Pichette, Burns & Levinson, as local counsel for Plaintiff in the above entitled matter.

                                            BURNS & LEVINSON

                                            _____
                                            PAUL MUNIZ
                                            RICHARD PICHETTE
                                            Local Counsel for Plaintiff
                                            125 Summer St.
                                            Boston, Mass. 02110

DATED: November 19, 2003