UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MAYES, Personal Representative of the Estate of Joseph Mayes<br>Plaintiff,<br><br>v.<br><br>WOODS HOLE OCEANOGRAPHIC INSTITUTION<br>Defendant. | Civil Action No.<br><br>03-12410 RWZ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to United States District Court Local Rule 83.5.3(b), Plaintiff Peter Mayes, personal representative of the Estate of Joseph Mayes, by its local counsel, Richard Pichette, hereby moves that Attorney Gary Baun, a member of the law firm of O'Bryan Law Center, P.C., 401 S. Old Woodward, Suite 320, Birmingham, MI, 48009, be allowed to appear and practice in this Court in the above-captioned action. As grounds for this Motion, plaintiff states as follows:

1. Gary Baun is a member in good standing of the State Bar of Michigan. A certificate pursuant to Local Rule 83.5.3(b) for Dennis O'Bryan is attached hereto as Exhibit A.

2. Attorney Baun will be counsel to the plaintiff in this action.

3. The within motion for admission is brought by plaintiff's local counsel, Richard Pichette, a member of the Bar of this Court, who is filing herewith an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Gary Baun to appear and practice in this Court in the above-captioned action.

FILING FEE PAID:
RECEIPT #_52090_
AMOUNT $_50.00_
BY DPTY CLK _JK_
DATE _12-1-03_

00802676.DOC

Respectfully submitted,
PETER MAYES, Personal Representative
of the Estate of Joseph Mayes
By its attorneys,

_____
Richard G. Pichette (BBO # 398900)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

And

Dennis M. O'Bryan
Gary Baun
O'Bryan Law Center, P.C.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

Dated: November 26, 2003