UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MAYES, Personal Representative of the Estate of Joseph Mayes <br> Plaintiff, <br><br> v. <br><br> WOODS HOLE OCEANOGRAPHIC INSTITUTION <br> Defendant. | Civil Action No. <br><br> 03-12410RWZ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to United States District Court Local Rule 83.5.3(b), Plaintiff Peter Mayes, personal representative of the Estate of Joseph Mayes, by its local counsel, Richard Pichette, hereby moves that Attorney Dennis O'Bryan, a member of the law firm of O'Bryan Law Center, P.C., 401 S. Old Woodward, Suite 320, Birmingham, MI, 48009, be allowed to appear and practice in this Court in the above-captioned action. As grounds for this Motion, plaintiff states as follows:

1. Dennis O'Bryan is a member in good standing of the State Bar of Michigan. A certificate pursuant to Local Rule 83.5.3(b) for Dennis O'Bryan is attached hereto as Exhibit A.

2. Attorney O'Bryan will be counsel to the plaintiff in this action.

3. The within motion for admission is brought by plaintiff's local counsel, Richard Pichette, a member of the Bar of this Court, who is filing herewith an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Dennis O'Bryan to appear and practice in this Court in the above-captioned action.

FILING FEE PAID:
RECEIPT # 53090
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 12-1-03

Respectfully submitted,
PETER MAYES, Personal Representative
of the Estate of Joseph Mayes
By its attorneys,

_/s/ Richard G. Pichette_

Richard G. Pichette (BBO # 398900)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

And

Dennis M. O'Bryan
Gary Baun
O'Bryan Law Center, P.C.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

Dated: November 26, 2003

Case 1:03-cv-12410-NMG    Document 4    Filed 12/01/2003    Page 3 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

PETER MAYES, Personal Representative
of the Estate of Joseph Mayes,

    Plaintiff,

-vs-                              Case No:

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

    Defendant.
_____/

### RULE 83.5.3(b) CERTIFICATE

NOW COMES counsel undersigned, Dennis M. O'Bryan, hereby attesting to the fact that:

(1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

(2)    There are no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

(3)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

                Respectfully submitted,

                O'BRYAN BAUN COHEN KUEBLER

BY: _____
     DENNIS M. O'BRYAN (P30545)
     Attorney for Plaintiff
     401 S. Old Woodward Ave., Ste. 320
     Birmingham, Michigan 48009
     (248) 258-6262

Dated: November 19, 2003