UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
PETER MAYES,                   )
     Plaintiff                 )
                               )    C.A. No.: 03-12410-RWZ
                               )
v.                             )
                               )
WOODS HOLE OCEANOGRAPHIC       )
INSTITUTION,                   )
     Defendant                 )
_____)
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, Woods Hole Oceanographic Institution, in the above entitled action.

By its attorneys,

Robert J. Murphy / BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110
(617) 428-1151

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2-9-04.