UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12410-RWZ

PETER MAYES

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION

SCHEDULING ORDER

April 14, 2004

ZOBEL, D. J.

This matter having come before the court via a telephone conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Gary W. Baun represented as counsel for plaintiff Peter Mayes; and Robert J. Murphy represented as counsel for defendant, Woods Hole Oceanographic Institution, the following action was taken:

1. All exchanges of automatic discovery shall be completed by June 1, 2004.

2. Amendments to the pleadings by adding parties shall be accomplished by July 1, 2004.

3. Discovery shall proceed as follows:

    a) plaintiff shall disclose its experts and provide their reports by October 1, 2004;

    b) defendant shall designate its experts and provide their reports by November 1, 2004;

    c) all discovery, fact and expert, shall be completed by December1, 2004.

4. A pretrial conference is scheduled on December 16, 2004, at 2 p.m.


_____         /s/ Rya W. Zobel
         DATE                                             RYA W. ZOBEL
                                                                    UNITED STATES DISTRICT JUDGE