UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12410-RWZ

PETER MAYES

    v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION

**<u>JOINT MOTION REQUESTING AMENDMENT OF SCHEDULING ORDER</u>**

NOW COME the parties, by and through counsel undersigned, and hereby move this Honorable Court for amendment of the present Scheduling Order for good cause as is more particularly set forth below:

This action is maritime personal injury in nature and arises from an incident of injury and death of Plaintiff's decedent, Joseph Mayes, while he was employed as a crewmember aboard Defendant's vessel, the R/V KNORR, during Voyage 162 Leg 7 departing from Cape Town, South Africa December 9, 2000. Since Plaintiff claims that the deterioration of the physical and medical status of Decedent Joseph Mayes during the course of the voyage is a central fact issue in this action, the observations of vessel officers and crewmembers is of critical significance. Since the operation of the R/V KNORR is of a global nature, it has been difficult to schedule and accomplish the deposition of crewmember witnesses. To date, counsel for the respective parties have cooperated in the scheduling and accomplishment of depositions of the following officers and crewmembers of the R/V KNORR: Captain George Silva and Chief Engineer Steve Walsh - October 18, 2004, Boston, Massachusetts; Second Assistant Engineer Christopher Morgan and Medical Officer Janet Costello - October 22, 2004, Ft. Lauderdale, Florida. Additionally, the deposition of the Personal Representative, Peter Mayes, was accomplished October 18, 2004 in Boston,

Massachusetts. Presently, counsel are attempting to identify and locate the roommate/bunkmate of Decedent Joseph Mayes and to schedule his deposition as his observations of Mr. Mayes during the voyage in question are obviously pertinent to fact issues.

After the completion of the decedent's roommate/bunkmate's deposition, the parties have agreed to attempt mediation and settlement of the action before moving on to a second phase of discovery, which would require considerable expenditure of time and money. The second phase of discovery will require probable travel to South Africa for the deposition of emergency medical personnel and hospital personnel who evaluated and treated Decedent prior to his demise; deposition of four or five physicians employed by Medical Advisory Systems at 8050 Southern Maryland Boulevard, Owings, Maryland, who provided remote medical evaluation and opinions for Joseph Mayes' medical treatment aboard the R/V KNORR; and the identification and deposition of medical and marine operations experts relative to the operation of the R/V KNORR specifically relating to medical observation and treatment of Joseph Mayes shipboard, including his final helicopter evacuation.

Prior to transfer of this action from the docket of the Honorable Rya W. Zobel to this Court's docket, a Scheduling Order was issued providing for a discovery cut-off of December 1, 2004 and a pre-trial of December 16, 2004.

Counsel for the respective parties believe that the interests of economical use of the Court's resources, as well as mitigation of litigation expenses of the respective litigants, indicates a modification and amendment of the Court's Scheduling Order as follows:

| | |
|---|---|
| Discovery cut-off | March 1, 2005 |
| Disclosure of expert information pursuant to FRCP 26(a)(2) for Plaintiff | April 1, 2005 |

Disclosure of expert information pursuant to
FCRP 26(a)(2) for Defendant                    May 1, 2005

Deposition of all expert witnesses of all parties  July 1, 2005

Filing of dispositive motions                    July 30, 2005

Pre-trial to be set by the Court after September 1, 2005 with trial to follow

NOW, THEREFORE, on the basis of the above recited motion, and having demonstrated good cause therefor, the parties hereby pray that this Honorable Court issue an Order amending its Scheduling Order to extend discovery up to and including March 1, 2005 and rescheduling a pre-trial after September 1, 2005.


s/ Gary Wm. Baun                              s/ Robert J. Murphy
O'BRYAN BAUN COHEN KUEBLER          HOLBROOK & MURPHY
Attorneys for Plaintiff                      Attorneys for Defendant
401 S. Old Woodward, Suite 320               150 Federal Street
Birmingham, MI 48009                         Boston, MA 02110
248-258-6262                                      617-428-1151

H:\PAT\WP6IDOCS\mayes\Joint Motion to Amend Scheduling Order 11.09.04.wpd

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12410-RWZ

PETER MAYES

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION

**ORDER MODIFYING SCHEDULING ORDER**

This Court having had benefit of the parties' Joint Motion for Amendment of Scheduling Order, and being of the opinion that the basis of the parties' Motion is meritorious, the Court hereby amends its Scheduling Order as follows:

| | |
|---|---|
| Discovery cut-off | March 1, 2005 |
| Disclosure of expert information pursuant to FRCP 26(a)(2) for Plaintiff | April 1, 2005 |
| Disclosure of expert information pursuant to FCRP 26(a)(2) for Defendant | May 1, 2005 |
| Deposition of all expert witnesses of all parties | July 1, 2005 |
| Filing of dispositive motions | July 30, 2005 |

Pre-trial to be set by the Court after September 1, 2005 with trial to follow.

_____
U.S. DISTRICT COURT JUDGE

Date: _____

5