UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peter Mayes,

Personal Representative of the Estate of

Joseph Mayes,

        Plaintiff

v.                                               Civil Action No.03-12410-NMG

Woods Hole Oceanographic Institution,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by counsel on 10/6/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                        By the Court,

                                                        /S/ Craig J. Nicewicz

10/7/05
  Date                                                Craig J. Nicewicz
                                                           Courtroom Clerk